JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELBERT ANTHONY YARBROUGH, )  NO. CV 19-4551-KS
          Petitioner, )
      v. )  JUDGMENT
              )
NDOH, et al., )
          )
        Respondent. )
_____

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 16, 2019

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE